# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AYDEE LUCIA PICHARDO,

        Plaintiff,

v.                                                            Case No. 8:25-cv-1547-JRK

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.
_____/

## O R D E R

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 22; "Motion"), filed December 1, 2025, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1. Such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 22) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

>On remand, the Commissioner will offer the claimant an opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on December 4, 2025.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record

2